IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES R. LOPEZ, | ) | No. C 12-5107 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | PLAINTIFF'S MOTION FOR |
| | ) | VOLUNTARY DISMISSAL |
| ALAMEDA COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 1, 2012, plaintiff, a prisoner currently incarcerated at Santa Rita County Jail in Alameda County, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has now filed a letter addressed to the Court requesting that the complaint be withdrawn. (Doc. No. 4.) Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(2); 41(a)(1)(A). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1); 41(a)(2). Because the opposing parties have not been served, plaintiff's request for voluntary dismissal is construed as a "notice of dismissal," and requires no order from the court. Fed. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Voluntary Dismissal
G:\PRO-SE\SJ.Rmw\CR.12\Lopez107voldis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA et al,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | Case Number: CV12-05107 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles R Lopez AWK-394
Santa Rita Jail
5325 Broder Boulevard
Dublin, CA 94568

Dated: December 3, 2012

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk